# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 3, 2011**

| 30730 | EWM Investments, LLC v. Heirs and/or Devisees of Kahaliukua | Affirmed |

**October 12, 2011**

| 30654 | Deutsche Bank Nat. Trust Co. v. Tejada | Affirmed |
| 29273 | Wells Fargo Home Mortg., Inc. v. U.S. Financial Mortg. Corp. | Vacated and Remanded |

**October 13, 2011**

| CAAP–10–00 00062 | State v. Pousima | Affirmed |

**October 14, 2011**

| 30526 | IO, In re | Affirmed |

**October 17, 2011**

| 29934 | State v. Akitake | Affirmed |

**October 18, 2011**

| 29799 | State v. Foster | Vacated and Remanded |

**October 21, 2011**

| CAAP–11–00 00310 | A Children, In re | Affirmed |
| CAAP–10–00 00026 | Pflueger Properties v. Estate of Cassiday | Affirmed |
| 30371 | State v. Mateo | Affirmed |
| CAAP–10–00 00119 | State v. Pecpec | Vacated and Remanded |

**October 24, 2011**